**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

Lisa Skruck
Email: LSkruck@kdvlaw.com

June 5, 2020

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re.:    ***Foster v. Construction and Realty Services Group, Inc., et al.***
              ***1:19-cv-3020 (LJL)***

Dear Judge Liman:

    Please allow this letter to serve as an update on the status of the above-referenced action.

    Regarding the pending settlement in this matter, the parties are on the verge of finalizing the settlement documentation.

    To allow the parties to continue to pursue finalization of settlement without expending significant resources toward discovery, the parties respectfully request a 30-day extension of the discovery deadline in this action.

    We will continue to keep the Court apprised of settlement developments and hope to have good news to report shortly.

    This request is made on consent of Plaintiff's counsel.

    We thank the Court for its consideration.

                                    Respectfully submitted,

                                    Lisa Skruck