UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2020
```

ASHLEY FOSTER,

                                Plaintiff,

                -v-

CONSTRUCTION AND REALTY SERVICES GROUP,
INC. ET AL,

                                Defendants.

-----------------------------------------------------------------------X

19-cv-3020 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As scheduled, the Court opened the conference line at 2:30 p.m. today for a status conference. No counsel or parties appeared after fifteen minutes. The Court terminated the conference.

Similarly, the parties have to date failed to submit the status letter that was due on July 9, 2020.

IT IS HEREBY ORDERED that the parties shall appear for a status conference on August 10, 2020 at 10:30 a.m. The parties are directed to call (888) 251-2909 and use access code 2123101. Failure to appear would indicate failure to prosecute.

The above-referenced conference will be cancelled if the parties inform the Court that the case has settled.

SO ORDERED.

Dated: July 17, 2020
       New York, New York

_____
         LEWIS J. LIMAN
      United States District Judge